*7384*

NO. 7384

EDW WUNDERLICH, ET AL

VS

NEW ORLEANS RAILWAY & LIGHT CO.

STATE OF LOUISIANA

COURT OF APPEAL

PARISH OF ORLEANS.

# 7384

# O P I N I O N.

By his Honor John St. Paul.

Plaintiffs seek to enjoin the defendant street railway Company for changing the route of some of its cars contrary to the terms of its franchise.

They allege that the change was made without ### authority from the City Council, and ### by the sole permission of one of the City Commissioners, himself unauthorized in the premises.

They further allege that such #####rerouting, by affecting passenger traffic along certain thoroughfares, will cause each of them to lose business to the value of more than $2000.

From a judgment against them, plaintiffs appealed simultaneously to the Supreme Court and to this Court.

The Supreme Court dismissed their appeal on the ground that the alleged interest of $2000 each, was neither proved ## nor "susceptible of proof". (See 79 Southern Rep p. 80)

And we are now asked to dismiss this appeal on the ground (in effect) that it is neither proved, nor susceptible of proof, that the controversy involves more than $100, which is the least jurisdiction of this court under Art 93 of the Constitution of 1898.

But in Mc Manigle vs Billet (#7348)of our docket) we had occasion to examine this point, and basing ourselves on an unreported decision of the Supreme Court (State ex rel Marrero vs Rouprich, No. 21478) we held that the source of our jurisdiction was not the Constitution of 1898, but that of 1913; and that our jurisdiction extended to, "all cases Civil and probate, of which the Supreme Court is not given jurisdiction."

And upon due consideration, we feel satisfied that we are no more authorized now, than we were authorized then, to disregard the very clear pronouncement of the Supreme Court on the Rouprich case.

We therefore adhere to our former ruling.

Motion Denied.